■ HAROLD RISING, Respondent, v. JOSEPH J. KENDZIE et al., Appellants. Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. Memorandum: The present record contains no findings of fact upon which either the decision or the amount of recovery could be predicated. A new trial of the issues should be had. All concur. (Appeal from a judgment of Niagara Supreme Court for plaintiff in an action for breach of contract. The order struck out defendants' affirmative defenses and dismissed the counterclaim.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ ELIZABETH D. SULLIVAN, Respondent, v. MURRAY BREESE, Appellant. — Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within 10 days, stipulate to reduce the verdict to the sum of $5,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party, on the ground that the verdict of the jury is excessive. All concur. (Appeal from a judgment of Herkimer Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ DONALD W. KOSSOW, Plaintiff, and FLORENCE J. KOSSOW, Respondent, v. DONALD FOX et al., Appellants.—Judgment insofar as appealed from affirmed, with costs. All concur. (Appeal from part of a judgment of Ontario Trial Term for plaintiff Florence J. Kossow, in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.